| | | | |
|---|---|---|---|
| R.E.M. v. F.D.F. [61] .. | 02/01/2016953 MAL (2015) | Denied | |
| Real v. Real [62] ...... | 07/27/2016200 MAL (2016) | Denied | Pa.Super., 135 A.3d 657 |
| Renz v. Ingles [63] .... | 07/27/2016194 MAL (2016) | Denied | Pa.Super., 141 A.3d 593 |
| Robins v. Freeman [64] ........... | 07/27/2016229 MAL (2016) | Denied | Pa.Super., 144 A.3d 188 |
| S.A.H. v. D.E.P. [65] .. | 02/01/2016442 WAL (2015) | Denied | Pa.Super., 131 A.3d 101 |
| Smolsky, In re Estate of [66] ......... | 07/27/2016193 MAL (2016) | Denied | Pa.Super., 141 A.3d 586 |
| Z.M., In re ......... | 08/02/2016192 EAL (2016) | Denied | |
| A. Gadley Enterprises, Inc. v. Department of Labor and Industry, Office of Unemployment Compensation Tax Services ......... | 08/02/201652 WAL (2016) | Denied | Pa.Super., 135 A.3d 1131 |

61. Justice EAKIN did not participate in the consideration or decision of this matter.

62. Justice MUNDY did not participate in the consideration or decision of this matter.

63. Justice MUNDY did not participate in the consideration or decision of this matter.

64. Justice MUNDY did not participate in the consideration or decision of this matter.

65. Justice EAKIN did not participate in the consideration or decision of this matter.

66. Justice MUNDY did not participate in the consideration or decision of this matter.